```
 1  LAW OFFICES OF JOSEPH SHEMARIA
 2  JOSEPH SHEMARIA, Esq., State Bar No. 47311
 3  2029 Century Park East, Suite 1400
 4  Los Angeles, California 90067
 5  Telephone: (310) 772-2211
 6
 7  Attorney for Defendant,
 8  SIOSAIA MOTUAPUAKA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07-CR-00263-FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING STATUS |
| vs. | ) | CONFERENCE |
| | ) | |
| SIOSAIA MOTUAPUAKA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the Status Conference set for Friday, July 13, 2007 at 9:00 a.m. is hereby continued to July 30, 2007 at 9:00 a.m. The Court finds that the time is excludable under 18 U.S.C. 3161(h)(8)(A) and (B) as the defense is requesting the continuance without objection by the Government and the interests of justice outweigh any other Speedy Trial interest for this period

1  of time (between July 13 and July 30, 2007). The Court
2  notes new defense counsel, Joseph Shemaria, Esq., just
3  became attorney of record today, July 12, 2007 and he
4  needs time to prepare.
5   DATED: July 13, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE