**LAW OFFICES OF JOSEPH SHEMARIA**
**JOSEPH SHEMARIA, Esq., State Bar No. 47311**
**2029 Century Park East, Suite 1400**
**Los Angeles, California 90067**

**Telephone: (310) 772-2211**

**Attorney for Defendant,**
**SIOSAIA MOTUAPUAKA**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**SIOSAIA MOTUAPUAKA,** )<br>)<br>)) <br>Defendant. )<br>_____ | CASE NO. 07-CR-00263-FCD<br><br>**ORDER SETTING BOND REVIEW HEARING FOR SEPTEMBER 10, 2007** |

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the EX PARTE APPLICATION for a hearing to review the bond conditions of defendant set on June 18, 2007, is granted, and the Court will hear the motion at 2:00 p.m. on September 10, 2007, in Courtroom 24. The Marshal is instructed to transport defendant to court for the hearing.

DATED: 9/7/07            /s/ Gregory G. Hollows
                         _____
                         HONORABLE GREGORY G. HOLLOWS
                         UNITED STATES MAGISTRATE JUDGE

MOTUAPUAKA.ord