Joseph Shemaria, SBN 47311
LAW OFFICES OF JOSEPH SHEMARIA
2029 Century Park East, Ste. 1400
Los Angeles, California 90067
(310) 772-2211
(310) 388-0979
ATTORNEY FOR
DEFENDANT SIOSAIA MOTUAPUAKA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 07-CR-00263-FCD |
| Plaintiff, | ORDER CONTINUING STATUS CONFERENCE FROM SEPTEMBER 24, 2007 TO OCTOBER 29, 2007 |
| vs. | |
| **SIOSAIA MOTUAPUAKA ,** | |
| Defendant. | |

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the Status Conference heretofore scheduled for Monday, September 24, 2007, at 10:00 a.m., be continued to Monday, October 29, 2007, at 10:00 a.m.

The time between September 24, 2007, and October 29, 2007 is ordered excluded under the Speedy Trial Act, 18 U.S.C. sec. 3161(h),

United States of America v. Siosaia Motuapuaka
ORDER Continuing STATUS CONFERENCE
Case No. 07-CR-00263-FCD

-1-

1  et. seq.
2      The Court finds that the ends of justice served by granting the
3  requested continuance, outweighs the best interests of the public and
4  the defendant in a speedy trial. Said conclusion is based upon section
5  3161(h)(8)(B)(iv), Local Code T4, in that failure to grant such a
6  continuance would unreasonably deny counsel for the defendant the
7  reasonable time necessary for effective preparation, taking into
8  account the exercise of due diligence.
9  DATED: September 25, 2007

                                      FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE