**LAW OFFICES OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
SIOSAIA MOTUAPUAKA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | 2:07-cr-0263 FCD |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE STATUS CONFERENCE** |
| v. ) | |
| ) | |
| ) | Date:  October 29, 2007 |
| ) | Time:  10:00 a.m. |
| SIOSAIA MOTUAPUAKA ) | |
| ) | Honorable Frank C. Damrell, Jr |
| Defendant. ) | |
| ) | |
| ) | |

Defendant, SIOSAIA MOTUAPUAKA by and through his attorney, Johnny L. Griffin, III, and The United States of America, by and through Assistant U.S. Attorney Anne Pings, hereby agree and stipulate to continue the status conference in the above captioned case from October 29, 2007 to December 3, 2007 at 10:00 a.m.[1] This continuance is requested to allow counsel for Defendant additional time to review and discuss discovery with his client, conduct necessary legal research and defense investigation.[2] In addition, the parties agree and stipulate that time be excluded from

---

1. The parties have been advised by this Court's Clerk December 3, 2007 at 10:00 a.m. is an available date and time for a status conference on this matter.
[2] On October 25, 2007, counsel for Defendant, Johnny L. Griffin, III, filed a substitution of attorney.

October 29, 2007 to December 3, 2007 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

Dated: October 25, 2007                Respectfully submitted,

                                      /s/ Anne Pings
                                     ANNE PINGS[3]
                                     Assistant United States Attorney

Dated: October 25, 2007                 /s/ Johnny L. Griffin, III
                                     JOHNNY L. GRIFFIN, III
                                     Attorney for SIOSAIA MOTUAPUAKA

### **ORDER**

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

DATED: October 26, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[3] Assistant United States Attorney Anne Pings telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on her behalf.