1  **LAW OFFICES OF JOHNNY L. GRIFFIN, III**
   **JOHNNY L. GRIFFIN, III (SBN 118694)**
2  1010 F Street, Suite 200
   Sacramento, CA 95814
3  Telephone: (916) 444-5557
   Facsimile: (916) 444-5558
4
   Attorneys for Defendant
5  SIOSAIA MOTUAPUAKA

6                         **UNITED STATES DISTRICT COURT**

7                         **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA | CR No. S-07-0263 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| | Date: February 4, 2008 |
| | Time: 10:00 a.m. |
| SIOSAIA MOTUAPUAKA | |
| | Honorable Frank C. Damrell, Jr |
| Defendant. | |

15     Defendant, SIOSAIA MOTUAPUAKA by and through his attorney, Johnny L.

16 Griffin, III, and The United States of America, by and through Assistant U.S. Attorney

17 Anne Pings, hereby agree and stipulate to continue the status conference in the above

18 captioned case from February 4, 2008 to February 25, 2008 at 10:00 a.m. [1] This

19 continuance is requested to allow counsel for Defendant additional time to review and

20 discuss discovery with his client, conduct necessary legal research and defense

21 //////

22 //////

23 //////

24

---

1. The parties have been advised by this Court's Clerk February 25, 2008 at 10:00 a.m. is an available date and time for a status conference on this matter.

1

investigation.  Further, the parties desire additional time to discuss a possible resolution of this matter without the necessity of a jury trial.[2]

The parties also agree and stipulate that time be excluded from February 4, 2008 to February 25, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

Dated: January 16, 2008          Respectfully submitted,

                                     /s/ Anne Pings
                                     ANNE PINGS[3]
                                     Assistant United States Attorney

Dated: January 16, 2008          /s/ Johnny L. Griffin, III
                                     JOHNNY L. GRIFFIN, III
                                     Attorney for SIOSAIA MOTUAPUAKA

## **ORDER**

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

DATED: January 18, 2008

                                     FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE

---

[2]  Additionally, defense counsel will not return from an out of state matter until the late afternoon of February 4, 2008.

[3]  Assistant United States Attorney Anne Pings telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on her behalf.

2

Law Offices Of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814