1  **LAW OFFICES OF JOHNNY L. GRIFFIN, III**
   **JOHNNY L. GRIFFIN, III (SBN 118694)**
2  1010 F Street, Suite 200
   Sacramento, CA 95814
3  Telephone: (916) 444-5557
   Facsimile: (916) 444-5558
4
   Attorneys for Defendant
5  SIOSAIA MOTUAPUAKA

6                          **UNITED STATES DISTRICT COURT**

7                          **EASTERN DISTRICT OF CALIFORNIA**

8  THE UNITED STATES OF AMERICA    )   CR. S-07-0263
                                   )
9          Plaintiff,              )   **STIPULATION AND ORDER TO**
                                   )   **CONTINUE STATUS CONFERENCE**
10     v.                          )
                                   )
11                                 )   Date: February 25, 2008
                                   )   Time: 10:00 a.m.
12 SIOSAIA MOTUAPUAKA              )
                                   )   Honorable Frank C. Damrell, Jr.
13         Defendant.              )
                                   )
14                                 )
                                   )
15 _____)

16      Defendant SIOSAIA MOTUAPUAKA, by and through his undersigned attorney,

17 Johnny L. Griffin III, and The United States of America, by and through Assistant United

18 States Attorney Anne Pings, hereby agree and stipulate to continue the status conference in

19 the above captioned case from February 25, 2008 to March 31, 2008 at 10:00 a.m. [1] This

20 continuance is requested to allow counsel for Defendant and the Government additional

21 time to meet and confer regarding the terms of an anticipated written plea agreement.

22      The parties also agree and stipulate that time be excluded from February 25, 2008

23 to March 31, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

---

1. The parties have been advised by this Court's Clerk that March 31, 2008 at 10:00 a.m. is an available date and time for a status conference on this matter.

1

Law Offices Of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

1 | Dated: February 21, 2008        Respectfully submitted,

                                   /s/ Anne Pings
                                   ANNE PINGS[2]
                                   Assistant United States Attorney

Dated: February 21, 2008        /s/ Johnny L. Griffin, III
                                   JOHNNY L. GRIFFIN, III
                                   Attorney for SIOSAIA MOTUAPUAKA

### **ORDER**

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: February 22, 2008

                                   FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE

---

[2] Assistant United States Attorney Anne Pings telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on her behalf.

2