**LAW OFFICES OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
SIOSAIA MOTUAPUAKA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | CR No. S-07-0263 |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE STATUS CONFERENCE** |
| v. ) | |
| ) | |
| ) | Date: April 25, 2008 |
| ) | Time: 10:00 a.m. |
| SIOSAIA MOTUAPUAKA ) | |
| ) | Honorable Frank C. Damrell, Jr |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

Defendant, SIOSAIA MOTUAPUAKA by and through his attorney, Johnny L. Griffin, III, and The United States of America, by and through Assistant U.S. Attorney Anne Pings, hereby agrees and stipulate to continue the status conference in the above captioned case from April 28, 2008 to May 19, 2008 at 10:00 a.m. [1] This continuance is requested because defense counsel needs additional time to review and thoroughly discusses the terms and conditions of the written plea agreement with Defendant. In addition, the parties agree and stipulate that time be excluded from April 28, 2008 to May

---

1. The parties have been advised by this Court's Clerk May 19, 2008 at 10:00 a.m. is an available date and time for a status conference on this matter.

19, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and (Local Code T4) for defense preparation.

Dated: April 25, 2008          Respectfully submitted,

                                      /s/ Anne Pings
                                     ANNE PINGS[2]
                                     Assistant United States Attorney

Dated: April 25, 2008          /s/ Johnny L. Griffin, III
                                     JOHNNY L. GRIFFIN, III
                                     Attorney for SIOSAIA MOTUAPUAKA

## **ORDER**

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: April 25, 2008

                                     FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE

---

[2] Assistant United States Attorney Anne Pings telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on her behalf.