1 **LAW OFFICES OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**
2 1010 F Street, Suite 200
Sacramento, CA 95814
3 Telephone: (916) 444-5557
Facsimile: (916) 444-5558
4
Attorneys for Defendant
5 SIOSAIA MOTUAPUAKA

6 **UNITED STATES DISTRICT COURT**

7 **EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 8 | THE UNITED STATES OF AMERICA | ) CR No. S-07-0263 |
| 9 | Plaintiff, | ) **STIPULATION AND ORDER TO** |
| 10 | v. | ) **CONTINUE STATUS CONFERENCE** |
| 11 | | ) Date:  May 19, 2008 |
| 12 | SIOSAIA MOTUAPUAKA | ) Time:  10:00 a.m. |
| | | ) Honorable Frank C. Damrell, Jr. |
| 13 | Defendant. | ) |

Defendant, SIOSAIA MOTUAPUAKA, by and through his attorney, Johnny L. Griffin0 III, and the United States of America, by and through Assistant U.S. Attorney Anne Pings, hereby agree and stipulate to continue the status conference in the above captioned case from May 19, 2008 to June 2, 2008 at 10:00 a.m. [1] This continuance is requested based on the unavailability of defense counsel on May 19, 2008. Specifically, counsel for Defendant has an oral argument scheduled in the Third District Court of Appeals. In addition, counsel for Defendant needs additional time to review and discuss discovery with his client, conduct necessary legal research and defense investigation. In

---

1. The parties have been advised by this Court's Clerk that June 2, 2008 at 10:00 a.m. is an available date and time for a status conference on this matter.

addition, the parties agree and stipulate that time be excluded from May 19, 2008 to June 2, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4).

Dated: May 14, 2008               Respectfully submitted,

                                        /s/ Anne Pings
                                        ANNE PINGS[2]
                                        Assistant United States Attorney

Dated: May 14, 2008               /s/ Johnny L. Griffin, III
                                        JOHNNY L. GRIFFIN, III
                                        Attorney for SIOSAIA MOTUAPUAKA

### **ORDER**

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: May 15, 2008

                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE

---

[2] Assistant United States Attorney Anne Pings telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on her behalf.