**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (State Bar No. 118694)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Siosaia Motuapuaka

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No.: Cr.S-07-0263-FCD |
| ) | |
| Plaintiff,   ) | STIPULATION AND ORDER TO |
| ) | CONTINUE STATUS HEARING AND |
| vs.   ) | EXCLUSION OF TIME |
| ) | |
| SIOSAIA MOTUAPUAKA,   ) | |
| ) | DATE:  June 2, 2008 |
| Defendant.   ) | TIME:  10:00 a.m. |
| ) | Hon. Frank C. Damrell, Jr. |

Defendants Siosaia Motuapuaka, through his attorney Johnny L. Griffin III, and the United States of America, through its attorney Assistant U.S. Attorney Anne Pings, hereby stipulate and request that the Court continue the status conference in the above captioned case from June 2, 2008 to June 23, 2008 at 10:00 a.m.[1]

This continuance is requested because counsel for defendant has been out of the state on a family medical emergency and upon his return needs additional time to prepare and finalize the terms and conditions of a written plea agreement.

---

[1] This Court's Clerk has advised that June 23, 2008 at 10:00 a.m. is an available date and time for a status conference.

Joint Stipulation and Order to Continue Status Hearing - 1

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from June 2, 2008 through June 23, 2008 for the defense preparation under 18 U.S. C. § 3161(h)(8)(B)(iv)  (Local Code T4).

Dated: May 29, 2008    Respectfully submitted,

/s/_____
ANNE PINGS[2]
Assistant U.S. Attorney

Dated: May 29, 2008    /s/_____
JOHNNY L. GRIFFIN, III
Attorney for Defendant
Siosaia Motuapuaka

**IT IS SO ORDERED.**

Dated: May 29, 2008    _____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Assistant United States Attorney Anne Pings authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on her behalf.